

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2019

No. 04-19-00766-CV

Jose Cruz **RODRIGUEZ,**
Appellant

v.

Gilbert **RODRIGUEZ** and Nancy Rodriguez,

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV01318
Honorable J Frank Davis, Judge Presiding

# O R D E R

On November 25, 2019, this court received appellant's brief. The brief violates Rule 38 of the Texas Rules of Appellate Procedure in that the table of contents and index of authorities do not reference the pages of the brief, the statement of facts does not contain any citations to the record, the argument does not contain any citations to the record, and the appendix does not contain a copy of the trial court's judgment or other order from which relief is sought. *See* TEX. R. APP. P. 38.1(b), (c), (g), (i), (k). The brief also violates Rules 9.4 and 9.5 of the Texas Rules of Appellate Procedure in that it does not contain a certificate of compliance or a certificate of service. *See id.* 9.4(i)(3), 9.5(d). In addition, the brief violates Rule 9.9 of the Texas Rules of Appellate Procedure in that it contains financial account numbers. Appellant did not sign the brief in violation of Rule 9.1 of the Texas Rules of Appellate Procedure. *See id.* 9.1(b).

It is therefore ORDERED that the brief filed by appellant is STRICKEN from our record. It is further ORDERED that appellant file an amended brief, in compliance with Rules 9.1, 9.4, 9.5, 9.9, and 38.1, that (1) redacts any sensitive data; (2) contains a table of contents and index of authorities that reference the pages of the brief, (3) contains appropriate citations to the record, (4) includes an appendix with a copy of the trial court's judgment or other order from which relief is sought, (5) contains a certificate of compliance and a certificate of service; and (6) is signed by appellant. It is further ORDERED that appellant's amended brief is due to be filed in this court no later than thirty days from the date of this order or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Rebeca C. Martinez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court